No. 10-7601. Maurice Hammond, Petitioner v. United States.

562 U.S. 1156, 131 S. Ct. 952, 178 L. Ed. 2d 786, 2011 U.S. LEXIS 235.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 383 Fed. Appx. 437.

No. 10-7602. Fidel S. Hernandez, Petitioner v. United States.

562 U.S. 1156, 131 S. Ct. 952, 178 L. Ed. 2d 786, 2011 U.S. LEXIS 398.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 608 F.3d 1001.

No. 10-7604. Dennis L. Floyd, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.

562 U.S. 1156, 131 S. Ct. 952, 178 L. Ed. 2d 786, 2011 U.S. LEXIS 149.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-7607. Lester Hardy, Petitioner v. George J. Branker, Warden.

562 U.S. 1156, 131 S. Ct. 952, 178 L. Ed. 2d 786, 2011 U.S. LEXIS 133.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 390 Fed. Appx. 206.

No. 10-7609. Erasmo Contreras-Aguinaga, Petitioner v. United States.

562 U.S. 1156, 131 S. Ct. 953, 178 L. Ed. 2d 786, 2011 U.S. LEXIS 234.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 392 Fed. Appx. 324.

No. 10-7610. Albert M. Cole, Petitioner v. United States.

562 U.S. 1156, 131 S. Ct. 953, 178 L. Ed. 2d 786, 2011 U.S. LEXIS 297.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 614 F.3d 726.

No. 10-7614. Clara Brown, Petitioner v. E. L. Sparkman, Superintendent, Mississippi State Penitentiary.

562 U.S. 1156, 131 S. Ct. 953, 178 L. Ed. 2d 786, 2011 U.S. LEXIS 296.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 393 Fed. Appx. 208.